No. 326. Ex Parte Benítez.—Solicitud sobre aprobación de fianza notarial. Resuelto en junio 26, 1912. Aprobada

la fianza notarial prestada por la National Surety Company en junio 11, 1912. El peticionario compareció en nombre propio.